IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    1:08CR248-1 |
| YASHUA ANK BEY EL | : |

The Grand Jury charges:

On or about September 13, 2007, in the County of Guilford, in the Middle District of North Carolina, YASHUA ANK BEY EL, having been released pursuant to Chapter 207 of Title 18, United States Code, while awaiting surrender for service of sentence after being committed to the Bureau of Prisons on August 2, 2007, for violating his probation after conviction in the United States District Court for the Middle District of North Carolina for violations of Title 18, United States Code, Section 915, felonies, in case number 1:06CR171-2, entitled <u>United States v. Yashua Ank Bey El</u>; and having been directed by the Court to surrender to the United States Marshal on September 13, 2007, or to report directly to the designated institution at his own expense, did knowingly fail to surrender for service of sentence as ordered by the Court; in

violation of Title 18, United States Code, Sections 3146(a)(2) and (b)(1)(A)(iii).

A TRUE BILL:

_____
FOREPERSON

*Paul A. Weinman /by LPA*
PAUL A. WEINMAN
ASSISTANT UNITED STATES ATTORNEY

*John W. Stone, Jr. for*
ANNA MILLS WAGONER
UNITED STATES ATTORNEY

2